IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
|  | CIVIL ACTION NOS. |
| O'BRIEN | 02-4535 |
| GOINS, et al. | 02-4581 |
| AMBROSI | 02-4805 |
| ANDERSON, et al. | 02-4880 |
| BISHOP, et al. | 02-4915 |
| GATCH, et al. | 02-4985 |
| FOSSAIT, et al. | 02-5014 |
| GARCIA, et al. | 02-5053 |
| FOWLER, et al. | 02-5087 |
| WILKINS, et al. | 02-5136 |
| WILSON, et al. | 02-5139 |
| VANDERPOOL, et al. | 02-5187 |
| YOUNGBLOOD | 02-5206 |
| MEADOWS, et al. | 02-5263 |
| CERVANTES | 02-5304 |
| CATES, et al. | 02-5353 |
| STEWARD | 02-5404 |
| RIVERA | 02-5437 |
| HAMILTON, et al. | 02-5607 |
| MAIER, et al. | 02-5650 |
| VS. |  |
| BAYER CORPORATION, *et al.* |  |

# O R D E R

**AND NOW,** this _____ day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[ ]   -   Order staying these proceedings pending disposition of a related action.

[ ]   -   Order staying these proceedings pending determination of arbitration proceedings.

|       |   |                                                                                                                                                                              |
|-------|---|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| [   ] | - | Interlocutory appeal filed.                                                                                                                                                  |
| [ X ] | - | Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>. |

It is

      **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

      **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____

**Charles R. Weiner, Judge**